Name & Address:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

OEURT M. SREY, an individual

v.

NCO FINANCIAL SYSTEMS, INC.

PLAINTIFF(S)

DEFENDANT(S).

CASE NUMBER

CV09-7064 SJO (RZx)

**SUMMONS**

TO: DEFENDANT(S): NCO FINANCIAL SYSTEMS, INC.

A lawsuit has been filed against you.

Within ___20___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Elizabeth J. Arleo _____, whose address is 1672 Main Street, Suite E, PMB 133, Ramona CA 92065 _____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____ 2 9 SEP 2009 _____

By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                          SUMMONS

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I. (a) PLAINTIFFS (Check box if you are representing yourself ☐) <br> OEURT M. SREY, an individual <br><br> Los Angeles County, California | DEFENDANTS <br> NCO FINANCIAL SYSTEMS, INC. |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br><br> ARLEO LAW FIRM, PLC, ELIZABETH J. ARLEO <br> 1672 Main Street. Suite E, PMB 133 <br> Ramona, CA 92065   Tele: 760-789-8000 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No     ☑ **MONEY DEMANDED IN COMPLAINT: $** over $1,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC §1692 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☑ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV09— 7064

FOR OFFICE USE ONLY:     Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                           ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                           ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                           ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Pennsylvania |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Elizabeth g Chan_    Date September 25, 2009

     **Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

## CV09- 7064 SJO (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

COPY

1  Elizabeth J. Arleo (Bar No. 201730)
   ARLEO LAW FIRM, PLC
2  1672 Main St., Suite E, PMB 133
   Ramona, California 92065
3  Tel: (760) 789-8000
   Fax: (760) 789-8081
4  Email: elizabeth@arleolaw.com

5  Attorneys for Plaintiff Oeurt M. Srey

6

7

8            IN THE UNITED STATES DISTRICT COURT

9        FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11 OEURT M. SREY, an individual,        ) Case No.:  CV09-7064 SJO (RZx)
                                        )
12              Plaintiff,              ) COMPLAINT FOR DAMAGES
                                        )
13                                      )    1.  VIOLATION OF THE FEDERAL
                                        )        FAIR DEBT COLLECTION
14              v.                      )        PRACTICES ACT
                                        )    2.  VIOLATION OF CALIFORNIA'S
15 NCO FINANCIAL SYSTEMS, INC.          )        ROSENTHAL FAIR DEBT
                                        )        COLLECTION PRACTICES ACT
16              Defendant.              )    3.  INTENTIONAL INFLICTION OF
                                        )        EMOTIONAL DISTRESS
17                                      )    4.  NEGLIGENT INFLICTION OF
                                        )        EMOTIONAL DISTRESS
18                                      )
                                        )
19                                      ) DEMAND FOR JURY TRIAL
                                        )
20                                      )

21

22

23

24

25

26

27

28

                       COMPLAINT FOR DAMAGES

1    Plaintiff, OEURT M. SREY ("Plaintiff"), based on information and belief and investigation

2  of counsel, except for those allegations which pertain to the Plaintiff or his attorney (which are

3  alleged on personal knowledge), hereby makes the following allegations:

4                                **GENERAL ALLEGATIONS**

5    1.    This action arises from Defendant's attempts to collect an alleged consumer debt

6  in violation of the federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA")

7  and California's Rosenthal Fair Debt Collection Practices Act, California Civil Code §1788-

8  1788.32 ("CA FDCPA").

9    2.    The United States Congress has found abundant evidence of the use of abusive,

10  deceptive, and unfair debt collection practices by many debt collectors, and has determined that

11  abusive debt collection practices contribute to the number of personal bankruptcies, to marital

12  instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the FDCPA

13  to eliminate abusive debt collection practices by debt collectors, to insure that those debt

14  collectors who refrain from using abusive debt collection practices are not competitively

15  disadvantaged, and to promote consistent State action to protect consumers against debt collection

16  abuses. (15 U.S.C. §1692(a) – (e)).

17    3.    The California legislature has determined that the banking and credit system and

18  grantors of credit to consumers are dependent upon the collection of just and owing debts and that

19  unfair or deceptive collection practices undermine the public confidence that is essential to the

20  continued functioning of the banking and credit system and sound extensions of credit to

21  consumers.  The Legislature has further determined that there is a need to ensure that debt

22  collectors exercise this responsibility with fairness, honesty and due regard for the debtor's rights

23  and that debt collectors must be prohibited from engaging in unfair and deceptive acts or

24  practices.

25    4.    Plaintiff brings this action to challenge Defendant's misconduct with regard to

26  Defendants' attempts to unlawfully, oppressively, fraudulently, and/or maliciously collect an

27  alleged debt claimed to be owed to Sallie Mae by Plaintiff which caused Plaintiff actual and

28

1   statutory damages.

2   **PARTIES**

3      5.      Plaintiff is a natural person residing in Rosemead, a city in the County of Los

4   Angeles, and the State of California.

5      6.      Plaintiff was obligated or allegedly obligated to pay a debt, and is, therefore a

6   "consumer" as that term is defined by 15 U.S.C. §1692a(3) of the FDCPA and a "debtor" as that

7   term is defined by Cal. Civ. Code §1788.2(h) of the CA FDCPA.

8      7.      Defendant NCO Financial Systems Inc. is a public corporation engaged in the

9   business of collecting debts nationally, locally and within the State of California with its principal

10  place of business located at 507 Prudential Road, the Township of Horsham, the Commonwealth

11  of Pennsylvania, with a zip code of 19044.   Defendant has offices located in the State of

12  California.

13     8.      At all times material and relevant hereto, Defendant is a person which uses an

14  instrumentality of interstate commerce or the mails in a business, the principal purpose of which

15  is the collection of debts, or who regularly collects or attempts to collect, directly or indirectly,

16  debts owed or due or asserted to be owed or due another and is, therefore, a "debt collector," as

17  that term is defined by 15 U.S.C. §1692a(6) and Cal. Civil Code §1788.2(c) (as incorporated by

18  Cal. Business & Professions Code §6077.5).

19     9.  Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

20     10. Defendant is a "debt collector" as defined by the CA FDCPA, Cal. Civil Code §1788.2(c).

21  **JURISDICTION AND VENUE**

22     11.     This Court has jurisdiction over this action pursuant to 15 U.S.C. §1692k(d), and

23  28 U.S.C. §1331.  Supplemental jurisdiction for the state law claims arises pursuant to 28 U.S.C.

24  §1367.

25     12.     Venue is proper in this district under 28 U.S.C. §1391(b) because Plaintiff lives in

26  this district and a substantial part of the events giving rise to Plaintiff's claims occurred in this

27  district.

28

-3-

COMPLAINT FOR DAMAGES

13.     Personal jurisdiction is established because Defendant does business in this district and throughout the State of California.

## FACTUAL ALLEGATIONS

14.     On or about October 3, 2008, Defendant sent a collection letter to Plaintiff (attached hereto as Exhibit 1) which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. §1692a(2)).

15.     Plaintiff received it shortly thereafter.

16.     The collection letter is attached hereto as Exhibit 1.

17.     Exhibit 1 was mailed in an attempt to collect alleged debts arising from transactions primarily for personal, family, or household purposes.

18.     Defendant is not affiliated with the U.S. Department of Education.

19.     Exhibit 1 seeks to collect a "Total: $42,974.10" comprised of "Principal: $29,200.61"; "Interest: $5,252.78"; and "Fees: "8,520.71."

20.     Defendant did not and does not determine the course of legal action taken by the U.S. Department of Justice with regard to such debts.

### *CAUSES OF ACTION CLAIMED AGAINST DEFENDANT*

### FIRST CAUSE OF ACTION
**(Violations of the Fair Debt Collection Practices Act (FDCPA)**
**15 U.S.C. § 1692, *et seq.*)**

21.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

22.     Plaintiff allegedly incurred a financial obligation for primarily personal, family or household purposes that is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

23.     The foregoing acts and/or omissions of Defendant constitute numerous and multiple violations of the FDCPA, including but not limited to the following provisions of the FDCPA:

(a)     15 U.S.C. §1692e and §1692e(2)(A) by making false, deceptive and misleading representations as to the character, or legal status of the debt, i.e. Defendant's

-4-

entitlement to collection fees;

(b)     15 U.S.C. §1692e(5) by threatening to claim fees as the threat of an action that cannot be legally taken or that was not intended to be taken;

(c)     15 U.S.C. §1692e(10) by the use of false and deceptive means to collect a debt;

(d)     15 U.S.C. § 1692f by using any unfair or unconscionable means to collect or attempt to collect the alleged debt; *and*

(e)     15 U.S.C. § 1692f(1) by attempting to collect any amount not authorized by the agreement creating the debt or permitted by law, i.e., adding "Fees: "8,520.71."

24.     As a result of Defendant's violations of the FDCPA, Plaintiff has suffered out-of-pocket expenses and is therefore entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from Defendant.

## SECOND CAUSE OF ACTION
### (Violation of the Rosenthal Fair Debt Collection Practices Act
### California Civil Code § 1788, *et seq.* (CA FDCPA))

25.     Plaintiff incorporates by reference the preceding paragraphs, as though set forth in full herein and further alleges as follows.

26.     This case involves money, property or other equivalent, due or owing or alleged to be due or owing from a natural person by reason of a consumer credit transaction. As such, this action arises out of a "consumer debt" and "consumer credit" as those terms are defined by Cal. Civil Code §1788.2(f).

27.     The foregoing acts and/or omissions of Defendant constitute numerous and multiple violations of the CA FDCPA, including but not limited to the following actions taken against Plaintiff:

(a)     Defendant violated California Civil Code §1788.13(e) by the false representation that the consumer debt may be increased by the addition of attorney's fees,

1    investigation fees, service fees, finance charges, or other charges when, in fact, such fees

2    or charges may not legally be added to the existing obligation; *and*

3        (b)    Defendant violated California Civil Code §1788.17 by failing to comply

4    with the FDCPA as alleged above.

5        28.    As a result of Defendant's violations of the CA FDCPA, Plaintiff has suffered out-

6    of-pocket expenses and is entitled to actual damages pursuant to California Civil Code

7    §1788.30(a), statutory damages for a knowing or willful violation pursuant to California Civil

8    Code section 1788.30(b), and reasonable attorneys' fees and costs pursuant to California Civil

9    Code section 1788.30(c) from Defendant.

10                   **THIRD CAUSE OF ACTION**

11                **(Intentional Infliction of Emotional Distress)**

12        29.    Plaintiff incorporates by reference all of the above paragraphs of this complaint as

13    though fully stated herein.

14        30.    Defendant engaged in extreme, outrageous and unreasonable acts, in conscious

15    disregard of the law, as described above.   These acts went beyond the bounds of decency

16    expected in a civilized society.

17        31.    Defendant engaged in its outrageous conduct with the intent to cause Plaintiff to

18    suffer severe emotional distress and with the realization that injury to Plaintiff would result and/or

19    engaged in their outrageous conduct with reckless disregard of the probability of causing Plaintiff

20    to suffer severe emotional distress.

21        32.    As a direct and proximate result of Defendant's outrageous conduct, Plaintiff has

22    suffered severe mental distress, mental suffering, and/or mental anguish, including fright,

23    nervousness, grief, anxiety, worry, humiliation, and indignity.

24        33.    As a proximate result of Defendant's conduct, Plaintiff has suffered damages in an

25    amount to be determined according to proof.

26        34.    Defendant acted with malice, oppression, and/or fraud toward, within the meaning

27    of Civil Code section 3294, thereby entitling Plaintiff to an award of punitive damages.

28

-6-

COMPLAINT FOR DAMAGES

1 | Defendant's corporate officers, directors, partners or managing agents are personally guilty of

2 | oppression, fraud or malice, had advance knowledge of the unfitness of the employees who acted

3 | towards  with malice, oppression, or fraud, employed such employees with conscious disregard

4 | for the rights or safety of others and/or themselves authorized or ratified the wrongful conduct.

### FOURTH CAUSE OF ACTION

### (Negligent Infliction of Emotional Distress)

35.    Plaintiff re-alleges and incorporates herein each and every allegation set forth in the preceding paragraphs, inclusive, as though fully set forth.

36.    As alleged above, Defendant's conduct constituted a willful violation of statutory obligations.   As a result of Defendant's willful violation of statutory standards, Plaintiff has suffered severe emotional distress, including, but not limited to, fright, nervousness, grief, anxiety, worry, mortification, shock, humiliation and indignity.

37.    Defendant's willful violation of statutory standards was a cause of Plaintiff's severe emotional distress and Plaintiff is entitled to recover damages therefore, in an amount according to proof at time of trial.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered as follows:

Fair Debt Collection Practices Act

a)    An award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) in an amount to be determined at trial;

b)    An award of statutory damages of $1,000 per violation pursuant to 15 U.S.C. §1692k(a)(2)(A);

c)    An award of costs of litigation and reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3) against Defendant in an amount to be determined at trial;

d)    For any other relief that the court deems just and proper.

California's Rosenthal Fair Debt Collection Practices Act

e)    For an award of actual damages pursuant to California Civil Code § 1788.30(a)

-7-

COMPLAINT FOR DAMAGES

1 | against Defendant in an amount to be determined at trial;

2 |     f)    For an award of statutory damages statutory damages of $1,000 per violation

3 | pursuant to California Civil Code § 1788.30(b);

4 |     g)    For an award of costs of litigation and reasonable attorneys' fees pursuant to

5 | California Civil Code § 1788.30(c):

6 |     h)    For any other relief that the court deems just and proper.

7 | Intentional Infliction of Emotional Distress

8 |     i)    For an award of actual, compensatory and incidental damages in an amount to be

9 | proved at time of trial;

10 |     j)    For an award of punitive damages in an amount to be determined at trial because

11 | defendants' actions were oppressive, fraudulent or malicious.

12 |     k)    For any other relief that the court deems just and proper.

13 | Negligent Infliction of Emotional Distress

14 |     l)    For an award of actual, compensatory and incidental damages in an amount to be

15 | proved at time of trial;

16 |     m)    For any other relief that the court deems just and proper.

17 | TRIAL BY JURY

18 |     Plaintiff is entitled to and demands a trial by jury.

19 | Dated: September 25, 2009             ARLEO LAW FIRM, PLC

20 |                      Elizabeth J. Arleo
1672 Main St., Suite E, PMB 133

21 |                      Ramona, CA 92065
Tel: (760) 789-8000

22 |                      Fax: (760) 789-8081

23 |                      *Elizabeth J. Arleo* (signature)

24 |                      Elizabeth J. Arleo

25 |                      Attorney for Plaintiff

26 |

27 |

28 |

EXHIBIT 1

FROM :                                    FAX NO. :                    Sep. 22 2009 04:06PM P1

Department 300
1804 Washington Blvd.                              **NCO FINANCIAL SYSTEMS, INC.**
Baltimore, MD 21230

Calls to or from this company may be monitored or        800-688-4490
recorded for quality assurance.                          OFFICE HOURS:
                                                         8AM-9PM MON THRU THURSDAY
                                                         8AM-5PM FRIDAY
Personal & Confidential                                  8AM-12PM SATURDAY
                                                         October 3, 2008

OEURT M SREY                                              Principal:    $29,200.61
11154 BONWOOD RDAPT                                       Interest:     $5,252.78
2                                                        Fees:          $8,520.71
EL MONTE CA 91733                                         Total:        $42,974.10

                                    RE: SALLIE MAE -

A partial payment has been received and credited to your account with the creditor.

Call this office to discuss the terms of your repayment.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a
communication from a debt collector.
           PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS BELOW SHOWS THROUGH WINDOW)

                         Account #        Due Date        Total Balance
                         5680198                           $ 42,974.10
                         OEURT M SREY - SALLIE MAE
                         Payment Amount

                         $

Check here if your address has changed and print
your new address in the space provided below.

                         Send Payment To:

                         NCO FINANCIAL SYSTEMS, INC.
                         P.O. BOX 17295
                         BALTIMORE, MD 21297              NCO 111
                                                          -   1239

0259056801986000000050000000000